**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MINH TRAN; MONICA CORDERO,<br>Plaintiff,<br>v.<br>LIBERTY INSURANCE CORPORATION, erroneously sued as LIBERTY MUTUAL INSURANCE,<br>Defendants. | Case No. 2:25-cv-00818-JAM-JDP<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a), the above-captioned action is hereby **DISMISSED WITH PREJUDICE** as to all parties and all causes of action, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 16, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE